ANNA MAROTTA and Another, Respondents, v. DORA SCHAUER and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

DAVID MELNICK, Appellant, v. HARRY DRUCKER, Respondent, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

RAND STORES, INC., Appellant, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

WILLIAM H. BUCK, JULIA T. BUCK and CENTRAL NATIONAL BANK OF YONKERS, Appellants, v. WESTCHESTER TRUST COMPANY, WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, and ARTHUR J. McQUADE, as Special Deputy Superintendent of Banks, in Charge of WESTCHESTER TRUST COMPANY, in Liquidation, Respondents.— Suit in equity to recover trust property. Plaintiffs appeal from a judgment dismissing their complaint on the merits after a trial before an official referee. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

COUNTY SEAT PLUMBING SUPPLY CO., INC., Respondent, v. JOHN CONTE, Appellant.— Action to recover the unpaid balance on a contract of sale of plumbing supply materials. Judgment of the City Court of White Plains, rendered in favor of plaintiff after trial by the court, without a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

RHEA BROOKS FISCH, Respondent, v. BESSIE BLOOM ROTH, Appellant.— Action for slander. Order denying defendant's motion to dismiss the complaint on the ground it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

STELLA HAINO, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and JAMES HOULIHAN, Defendants. SAMUEL RUBIN, Attorney, Appellant. — Order providing for substitution of attorney in an action to recover damages for personal injuries modified by striking from the second ordering paragraph the words " in the sum of $200.00 " and substituting therefor the words " in a sum equal to 15%." As so modified the order, in so far as appealed from, is affirmed, without costs. The original attorney waived in open court his right to have his compensation fixed on a lump sum basis. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

MARY McENTYRE, as Administratrix, etc., of ANNA GLACKIN, Deceased, Respondent, v. BICKFORD'S, INC., Appellant.— Action for wrongful death. Order granting plaintiff's motion to vacate an order of preclusion for failure to serve a bill of particulars and permitting plaintiff to serve such a bill affirmed, without costs; the bill of particulars to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.